■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWIN TORRES, Appellant. — Appeal by defendant from a judgment of the Supreme Court, Suffolk County (Stark, J.), rendered February 23, 1981, convicting him of manslaughter in the first degree, on his plea of guilty, and imposing sentence. Judgment affirmed. Defendant's assertion that his guilty plea was induced by assurances from his trial counsel that he would receive the minimum sentence involves "matters entirely dehors the record and therefore may not be addressed on direct appeal" (see People v Johnson, 73 AD2d 652). We have considered defendant's other arguments and find them to be without merit. Mollen, P. J., Lazer, Mangano and Brown, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER GILES, Appellant, v WILSON WALTERS, as Superintendent of Ossining Correctional Facility, et al., Respondents. — In a habeas corpus proceeding, the appeal is from a judgment of the Supreme Court, Westchester County (Ruskin, J.), entered January 11, 1982, which dismissed the petition. Appeal dismissed as moot, without costs or disbursements. The petitioner has been released from prison (see People ex rel. Wilder v Markley, 26 NY2d 648). Mollen, P. J., Lazer, Mangano and Brown, JJ., concur.